UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

Case: 2:24−cr−20527
Assigned To : Goldsmith, Mark A.
Referral Judge: Altman, Kimberly G.
Assign. Date : 9/23/2024
Description: INFO USA V. BIHN ET AL (NA)

D-1 DANIEL BIHN
D-2 MICHAEL JUSTUS
D-3 BERNARD RICE,

Defendants.

VIOLATIONS:
18 U.S.C. § 1030(a)(2)(C), (b),
(c)(2)(A) and (B)(ii), 2

_____/

# INFORMATION

The United States Attorney charges:

## COUNT ONE
18 U.S.C. § 1030(a)(2)(C), (b), and (c)(2)(B)(ii)
*Conspiracy to Commit Fraud and Related*
*Activity in Connection with Computers*

D-1 DANIEL BIHN

Beginning in or around 2018 and continuing through at least September 2020, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, DANIEL BIHN, knowingly and

1

willfully conspired and agreed together and with persons known and unknown, to intentionally access computers without authorization and obtain information from protected computers, and the offense was committed in furtherance of a tortious act in violation of the laws of the State of Michigan, specifically, invasion of privacy.

All in violation of 18 U.S.C. § 1030(a)(2), (b), and (c)(2)(B)(ii).

## COUNT TWO
18 U.S.C. §§ 1030(a)(2)(C), 2
*Obtaining Information from a Protected Computer*

D-2 MICHAEL JUSTUS
D-3 BERNARD RICE

Beginning in or around 2018 and continuing through at least September 2020, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendants, MICHAEL JUSTUS and BERNARD RICE, while aiding and abetting and aided and abetted by each other and others, intentionally accessed a computer without authorization and thereby obtained information from a protected computer.

All in violation of 18 U.S.C. §§ 1030(a)(2)(C), and (c)(2)(A).

## FORFEITURE ALLEGATIONS
18 U.S.C. § 982; 18 U.S.C. §1030

1.  The allegations contained in Counts One and Two of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(2)(B) and Section 1030(i).

2.  Upon conviction of the offense charged in Count One and Two of this Information, in violation of Title 18, United States Code, Section 1030, defendants shall forfeit to the United States any property which constitutes or is derived from proceeds traceable to the offense(s), pursuant to Title 18, United States Code, Section 982(a)(2)(B).

3.  Upon conviction of the offense charged in Count One and Two of this Information, in violation of Title 18, United States Code, Section 1030, defendants shall forfeit to the United States any personal property which was used or intended to be used to commit or facilitate the commission of the violation, pursuant to Title 18, United States Code, Section 1030(i).

4.  <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of defendant:

3

(a) Cannot be located upon the exercise of due diligence;

(b) Has been transferred or sold to, or deposited with, a third party;

(c) Has been placed beyond the jurisdiction of the Court;

(d) Has been substantially diminished in value; or

(e) Has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any other property of defendant up to the value of the forfeitable property described above.

DAWN N. ISON
United States Attorney

SARA D. WOODWARD
Chief, General Crimes Unit
Assistant United States Attorney

*[signature]*

TARA M. HINDELANG
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
313-226-9543
Tara.Hindelang@usdoj.gov

Date: September 23, 2024

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>2:24−cr−20527 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes  ☒ No | AUSA's Initials: |

**Case Title:** USA v. D-1 Daniel Bihn D-2 Michael Justus D-3 Bernard Rice

**County where offense occurred:** Wayne and elsewhere

**Check One:**  ☒ Felony  ☐ Misdemeanor  ☐ Petty

\_\_\_\_Indictment/ ✓ Information --- **no** prior complaint.
\_\_\_\_Indictment/\_\_\_\_Information --- based upon prior complaint [Case number: _____]
\_\_\_\_Indictment/\_\_\_\_Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____  **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 23, 2024
Date

s/ Tara Hindelang
Tara Hindelang
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9543
Fax: 313-226-2311
E-Mail address: tara.hindelang@usdoj.gov
Attorney Bar #: P78685

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.